BROOKLYN TRUST COMPANY, Respondent, v. STATEN ISLAND MASONIC CLUB, INC., and Another, Defendants, Impleaded with JAMES A. ZOBEL and Others, Appellants; ZELDA LUTSKY, Assignee, Respondent.— Order denying motion to compel the plaintiff or the assignee to satisfy the judgment affirmed, with ten dollars

costs and disbursements to each respondent. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.